698

164 So. 926

**Joe VINSON v. STATE.**

5 Div. 983.

Court of Appeals of Alabama.
Nov. 26, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

171 So. 926

**Ellis WADDLE v. STATE.**

6 Div. 34.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

173 So. 926

**George WALKER v. STATE.**

8 Div. 401.

Court of Appeals of Alabama.
Jan. 26, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

174 So. 907

**Robert D. WALKER v. STATE.**

8 Div. 413.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Affirmed.

170 So. 926

**Grady (alias Diddles) WALTON v. STATE.**

2 Div. 597.

Court of Appeals of Alabama.
Nov. 3, 1936.

RICE, Judge.
Affirmed.

170 So. 925

**Grady WALTON v. STATE.**

2 Div. 598.

Court of Appeals of Alabama.
Nov. 10, 1936.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 926

**Erwin WARREN v. STATE.**

6 Div. 983.

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

167 So. 926

**Erwin WARREN v. STATE.**

·6 Div. 986.

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.